```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION


CAMPOS-ALDANA ELISEO ENRIQUE,    *
a/k/a ELISEO ENRIQUE
CAMPOS-ALDANA,                   *

        Petitioner,              *

vs.                              *
                                         CASE NO. 4:11-CV-130 (CDL)
ERIC HOLDER, et al.,             *

        Respondents.             *
```

ORDER ON RECOMMENDATION OF DISMISSAL

This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on December 14, 2011.  Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 23rd day of January, 2012.

                                    s/Clay D. Land
                                    CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE